United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARTHUR QUREISHI,

    Plaintiff,

    v.

GATEWAY BANK, FSB, ET AL.,

    Defendants.

No. C 12-02787 JSW

**ORDER**

After reassignment of this matter to this Court, Defendants re-noticed their pending motion to dismiss the complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) and set the hearing date for December 7, 2012 at 9:00 a.m. Plaintiff's response to the motion to dismiss shall be filed no later than October 19, 2012. Defendants' reply shall be filed no later than October 26, 2012. Plaintiff, who is appearing *pro se*, is hereby admonished that failure to respond timely to the pending motion to dismiss may result in dismissal of this action.

In addition, Defendants' administrative request to continue the case management conference is GRANTED. The case management conference set for October 26, 2012 at 1:30 p.m. is HEREBY VACATED. A case management conference shall be set by further order, if necessary.

**IT IS SO ORDERED.**

Dated: October 3, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ARTHUR QUREISHI et al,

        Plaintiff,

  v.

GATEWAY BANK et al,

        Defendant.

                                                  /

Case Number: CV12-02787 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 3, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Arthur Qureishi
149 Elm Street
San Mateo, CA 94401

Dated: October 3, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk