IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR QUREISHI, | |
| Plaintiff, | No. C 12-02787 JSW |
| v. | |
| GATEWAY BANK, FSB, ET AL., | **ORDER OF DISMISSAL** |
| Defendants. | |

After reassignment of this matter to this Court, on October 3, 2012, this Court issued an order indicating that Defendants had re-noticed their pending motion to dismiss the complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). The order set the hearing date for December 7, 2012 at 9:00 a.m. and indicated that Plaintiff's response to the motion to dismiss was due no later than October 19, 2012 and Defendants' reply was due no later than October 26, 2012. Plaintiff, who is appearing *pro se*, was explicitly admonished that failure to respond timely to the pending motion to dismiss may result in dismissal of this action.

The Court has received no response from Plaintiff. Accordingly, this matter is DISMISSED.

**IT IS SO ORDERED.**

Dated: October 26, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR QUREISHI et al, | Case Number: CV12-02787 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| GATEWAY BANK et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 26, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Arthur Qureishi
149 Elm Street
San Mateo, CA 94401

Dated: October 26, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk